UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANDING 8 PRODUCTIONS, : | |
| Plaintiff : | |
| v. : | Civil Action No. 11-3707(KSH) |
| INTERNATIONAL BOXING, : | |
| FEDERATION, et al. : | REPORT AND RECOMMENDATION |
| Defendant : | |

This matter having come before the Court for a hearing on September 23, 2011 to address the motion of plaintiff's counsel to withdraw and to determine if plaintiff has abandoned this case;

and the Court having issued an Order dated September 13, 2011 directing the plaintiff to appear at the hearing on September 26, 20111 and that notifying it that its failure to appear would be deemed to constitute an abandonment of the case, ECF Nos. 35, 36 & 38;

and the plaintiff having failed to appear at the September 26, 2011 or otherwise assist his counsel provide responsive discovery or information needed to respond to the pending dispositive motions;

and for the reasons set forth in the Opinion delivered on the record on September 26, 2011;

IT IS ON THIS 26th day of September, 2011

RECOMMENDED to the United States District Judge that Her Honor dismiss the

Complaint with prejudice pursuant to Fed. R. Civ. P. 41.  The parties have fourteen days to file any objection to this recommendation;

    IT IS FURTHER ORDERED that if an objection to this recommendation is filed, then the defendants may pursue their Rule 11 motions that were the subject of their letters to the plaintiff dated September 14, 2011, as the safe harbor provision will have expired as of the date such objection would be due;

    IT IS FURTHER ORDERED that the discovery deadlines set forth in the Orders dated August 18, 2011and September 13, 2011 are hereby vacated; and

    IT IS FURTHER ORDERED that the plaintiff's counsel shall provide the plaintiff with a copy of this Order by regular mail, certified mail/return receipt requested, email, fax (if available) and shall file a certificate of service with the Clerk of the Court.

                                       s/Patty Shwartz
                                       **UNITED STATES MAGISTRATE JUDGE**