UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANDING 8 PRODUCTIONS <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BOXING FEDERATION, et al. <br><br> Defendants. | Civ. Action No. 11-3707 (KSH) <br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

This matter having come before the Court upon the Report and Recommendation of Magistrate Judge Shwartz, filed on September 26, 2011 [D.E.43], recommending that plaintiff's Complaint be dismissed; and this Court receiving no objection thereto; and this Court having reviewed the issues therein and being satisfied that good cause has been shown for the entry of this Order pursuant to *Fed R. Civ. P.* 41;

It is on this 24th day of October, 2011, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted and incorporated as the Opinion of this Court.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.